**MOBILE SCANNING TECHNOLOGIES, LLC, Appellant**

v.

**MOTOROLA SOLUTIONS, INC., Appellee.**

**No. 2014–1720.**

United States Court of Appeals, Federal Circuit.

April 13, 2015.

Charles John Rogers, Conley Rose, P.C., Houston, TX, argued for appellant.

Mitchell S. Feller, Gottlieb Rackman & Reisman, P.C., New York, NY, argued for appellee.

Nathan K. Kelley, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor Michelle K. Lee. Also represented by Jeremiah Helm, Molly R. Silfen, Thomas W. Krause.

WALLACH, MAYER, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**